No. 91–904. CONCRETE PIPE & PRODUCTS OF CALIFORNIA, INC. *v.* CONSTRUCTION LABORERS PENSION TRUST FOR SOUTHERN CALIFORNIA. C. A. 9th Cir. [Certiorari granted, 504 U. S. 940.] Motion of Pension Benefit Guaranty Corporation for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motions of National Coordinating Committee for Multiemployer Plans and Central States, Southeast and Southwest Areas Pension Fund for leave to file briefs as *amici curiae* granted.

No. 91–1160. ARAVE, WARDEN *v.* CREECH. C. A. 9th Cir. [Certiorari granted, 504 U. S. 984.] Motion for appointment of counsel granted, and it is ordered that Cliff Gardner, Esq., of San Francisco, Cal., be appointed to serve as counsel for respondent in this case.

No. 91–1188. ROWLAND, FORMER DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* CALIFORNIA MEN'S COLONY, UNIT II MEN'S ADVISORY COUNCIL. C. A. 9th Cir. [Certiorari granted, 503 U. S. 905.] Motion of respondent to direct the Clerk to print respondent's supplemental brief granted.

No. 91–1300. UNITED STATES *v.* DUNNIGAN. C. A. 4th Cir. [Certiorari granted, 504 U. S. 940.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that Brent E. Beveridge, Esq., of Fairmont, W. Va., be appointed to serve as counsel for respondent in this case.

No. 91–1306. UNITED STATES *v.* OLANO ET AL. C. A. 9th Cir. [Certiorari granted, 504 U. S. 908.] Motion for appointment of counsel granted, and it is ordered that Carter G. Phillips, Esq., of Washington, D. C., be appointed to serve as counsel for respondent Guy W. Olano, Jr., in this case. Motion of the Solicitor General to permit William K. Kelley, Esq., to present oral argument *pro hac vice* granted.

No. 91–1526. ALEXANDER *v.* UNITED STATES. C. A. 8th Cir. [Certiorari granted, 505 U. S. 1217.] Motion of petitioner for leave to enlarge questions presented for review denied.